UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GINO PASQUALE,<br><br>   Plaintiff,<br><br> v.<br><br>APEX FINANCIAL MANAGEMENT,<br><br>   Defendant. | Case No.: C 11-01879 PSG<br><br>**STANDBY ORDER TO SHOW CAUSE**<br><br>**(Re: Docket No. 11)** |

The court has been informed that the parties have reached a settlement agreement.

IT IS HEREBY ORDERED that the parties are required to file a stipulation of dismissal by August 11, 2011.  If a stipulation of dismissal is not filed by that date, the Settling Parties shall appear on August 16, 2011 at 2 p.m. in Courtroom 5, 4th Floor of the San Jose Courthouse to show cause why this case should not be dismissed.

Failure to comply with this order may result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

Dated:  July 1, 2011

                 PAUL S. GREWAL
                 United States Magistrate Judge

Case No.: 11-01879
ORDER