Christopher G. Addy Esq. (SBN: 256044)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Ste. 401
Los Angeles, CA 90025
caddy@consumerlawcenter.com
T: (323) 988-2400 x 271;
F: (866) 799-3206
Attorney for Plaintiff,
GINO PASQUALE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| GINO PASQUALE,<br><br>Plaintiff,<br><br>vs.<br><br>APEX FINANCIAL MANAGEMENT,<br><br>Defendant. | Case No.: 5:11-cv-01879-PSG<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties in this action, Plaintiff, GINO PASQUALE, and Defendant, APEX FINANCIAL MANAGEMENT, hereby stipulate to the dismissal of this action, with prejudice.

Dated: 08/11/2011          KROHN & MOSS LTD

                           /s/ Christopher G. Addy
                           Christopher G. Addy, Esq.
                           Attorney for Plaintiff,
                           GINO PASQUALE

Dated: 08/11/2011          SIMMONDS & NARITA, LLP

                            /s/ Tomio B. Narita
                           Tomio B. Narita, Esq.
                           Attorney for Defendant,
                           APEX FINANCIAL MANAGEMENT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| GINO PASQUALE, | **Case No.: 5:11-cv-01879-PSG** |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| APEX FINANCIAL MANAGEMENT, | |
| Defendant. | |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 9/8/2011

_____*Paul S. Grewal*_____
Hon. Paul S. Grewal
United States Magistrate Judge